

**CLERK, U.S. BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**

# ENTERED

THE DATE OF ENTRY IS ON
THE COURT'S DOCKET

**The following constitutes the ruling of the court and has the force and effect therein described.**

**Signed November 21, 2018**

**United States Bankruptcy Judge**

_____

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | | |
|---|---|---|
| In re: | § § | |
| JERRY ARTHO, | § § | Case No.: 15-20046-RLJ-12 |
| Debtor. | § § § | |
| JERRY ARTHO, | § § § | |
| Plaintiff, | § § § | |
| v. | § § | Adversary No. 17-02002 |
| HAPPY STATE BANK, PANHANDLE ENTERPRISES, INC., OPR H2O, LLC, SHANNON T. BURDETT, and OUTPOST RANCHES, LTD., | § § § § § § | |
| Defendants. | § § | |

1

## **ORDER**

On October 22, 2018, Jerry Artho, appearing pro se, filed his Motion to Compel for Discovery [Doc. No. 168]. The motion refers to the so-called "RICO felon's" refusal to produce documents. The Court denies any relief requested by the motion as it fails to state any basis for requested relief. In addition, other than Artho's request for reconsideration of the Court's rulings in this adversary proceeding, which the Court has on this date denied, there are no pending matters that could give rise to a need for or right to discovery. The Court has previously issued its order dismissing Artho's claims against the named defendants here [Doc. No. 89], as well as its orders on motions for sanctions by defendants [Doc. No. 161] and on an application for approval of attorneys' fees, respectively. Any and all relief requested by Artho's motion here is denied.

SO ORDERED.

### End of Order ###